# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JULIE WAGNER,** | ) | |
| | ) | **8:06CV707** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **EMBRACE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the plaintiff's response to the order to show cause (Filing No. 7).  Due to the difficulty the plaintiff is having in determining an address for the defendant, the plaintiff shall have to **on or before June 1, 2007**, in which to serve the defendant or seek alternate relief from the court.

**IT IS SO ORDERED.**

DATED this 28th day of March, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge